United States District Court

Eastern District of California

United States of America,

    Plaintiff,        No. Mag. 05-0288-DAD

  vs.               Detention Order

Nicolas Felix-Sandoval,

    Defendant.

-oOo-

A.   <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

  __x__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  _____    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

1           the safety of any other person and the community.
2  C.    Findings Of Fact
3       The Court's findings are based on the evidence which was
   presented in Court and that which was contained in the Pretrial
4  Services Report, and includes the following:
5      __x__        (1) Nature and Circumstances of the offense
                       charged.
6
                __x__     (a) The crime. 8 U.S.C. § 1326.
7
                _____     (b) The offense is a crime of violence.
8
                _____     (c) The offense involves a narcotic.
9
                _____     (d) The offense involves a large amount of
10                            controlled substances.
11     __x__        (2) The weight of the evidence against the
                       defendant is high.
12
       _____        (3) The history and characteristics of the
13                     defendant including:
14              _____(a) General Factors:
15                  _____    The defendant appears to have a mental
                             condition which may affect whether the
16                           defendant will appear.
17                  _____    The defendant has no family ties in the
                             area.
18
                    _____    The defendant has no steady employment.
19
                    _____    The defendant has no substantial
20                           financial resources.
21                  _____    The defendant is not a long time resident
                             of the community.
22
                    _____    The defendant does not have any
23                           significant community ties.
24                  _____    Past conduct of the defendant:
25                  _____    The defendant has a history relating to
                             drug abuse.
26

                                  2

```
                         _____       The defendant has a significant prior
                                     criminal record.

                         _____       The defendant has a prior record of
                                     failure to appear at court proceedings.

             (b)    Whether the defendant was on probation,
                    parole, or release by a court;

       At the time of the current arrest, the defendant was on:

                         _____       Probation.

                         _____       Parole.

                         _____       Release pending trial, sentence, appeal
                                     or completion of sentence.

             (c)    Other Factors

               x                     The defendant is an illegal alien and is
                                     subject to deportation.

                         _____       The defendant is a legal alien and will
                                     be subject to deportation if convicted.

                         _____       Other:

   _____   (4)    Rebuttable Presumptions

       In determining that the defendant should be detained, the
   court also relied on the following rebuttable presumption(s)
   contained in 18 U.S.C. § 3142(e), which the court finds the
   defendant has not rebutted:

                 _____   (a)   (1) The crime charged is one described in
                                   § 3142(f)(1)

                                   _____   (A) a crime of violence; or

                                   _____   (B) an offense for which the maximum
                                               penalty is life imprisonment or
                                               death; or

                                   _____   (C) a controlled substance violation
                                               that has a maximum penalty of ten
                                               years or more; or

                                   _____   (D) a felony and defendant
```

3

|   |   |   |   |
|---|---|---|---|
| 1 | | | previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
| 2 | | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
| 5 | | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
| 7 | | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| 9 | _____ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |

        _____    in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

        _____    the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

        _____    the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

        _____    an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

        _____    an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D.    <u>Additional Directives</u>

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

1        The defendant be afforded reasonable opportunity for private consultation with his counsel; and

2

3        That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the

4    defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6        Dated: October 11, 2005

7

8                                            /s/ Peter A. Nowinski
                                             Peter A. Nowinski
9                                            Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26