QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICOLAS FELIX-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-05-429 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | DATE: December 06, 2005 |
| | ) | TIME: 9:30 a.m. |
| NICOLAS FELIX-SANDOVAL, | ) | JUDGE: Lawrence K. Karlton |
| Defendants. | ) | |
| _____ | ) | |

This matter came on for Status Conference on November 29, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Jason Hitt, Assistant United States, represented the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Nicolas Felix-Sandoval.

The defense requested a continuance until December 6, 2005 in order to review the government's plea offer with the Defendant.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above,  pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of

Order After Hearing

1    counsel, from November 29, 2005, up until and including December 6,

2    2005.

3        Defendant was questioned by the Court, affirmed he understood his

4    rights under the Speedy Trial Act and consented on the record to such

5    an exclusion of time.

6        Good cause appearing therefor,

7        IT IS ORDERED that this matter is continued to December 6, 2005,

8    at 9:30 a.m. for Status Conference.

9        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

10   (iv) and Local Code T4, the period from November 29, 2005, up to and

11   including December 6, 2005, is excluded from the time computations

12   required by the Speedy Trial Act due to ongoing preparation of counsel.

13   Dated: December 5, 2005

14                        /S/ Lawrence K. Karlton
                          HONORABLE LAWRENCE K. KARLTON
15                        Senior, U.S. District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Order After Hearing                    2