```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICOLAS FELIX-SANDOVAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-05-429 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER AFTER HEARING** |
|  | ) DATE: December 20, 2005 |
|  | ) TIME: 9:30 a.m. |
| NICOLAS FELIX-SANDOVAL, | ) JUDGE: Lawrence K. Karlton |
| Defendants. | ) |

This matter came on for Status Conference on December 6, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus. Assistant United States Attorney Michael Beckwith, Assistant United States, represented the United States of America. Assistant Federal Defender Caro Marks was present with Defendant Nicolas Felix-Sandoval.

The defense requested a continuance until December 20, 2005 in order to review the government's plea offer with the Defendant and to speak to his family also.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to

Order After Hearing

1  18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
2  counsel, from December 6, 2005, up until and including December 20,
3  2005.
4      Defendant was questioned by the Court, affirmed he understood his
5  rights under the Speedy Trial Act and consented on the record to such
6  an exclusion of time.
7      Good cause appearing therefor,
8      IT IS ORDERED that this matter is continued to December 20, 2005,
9  at 9:30 a.m. for Status Conference.
10     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
11 (iv) and Local Code T4, the period from December 6, 2005, up to and
12 including December 20, 2005, is excluded from the time computations
13 required by the Speedy Trial Act due to ongoing preparation of counsel.
14 Dated: December 7, 2005

                         /s/ Lawrence K. Karlton
                         HONORABLE LAWRENCE K. KARLTON
                         Senior, United States District Judge

Order After Hearing                     2