QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICOLAS FELIX-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-429 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | DATE: January 10, 2006 |
| ) | TIME: 9:30 a.m. |
| NICOLAS FELIX-SANDOVAL, ) | JUDGE: Lawrence K. Karlton |
| Defendants. ) | |
| _____ ) | |

     This matter came on for Status Conference on December 20, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Michael Beckwith represented the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Nicolas Felix-Sandoval.

     The defense requested a continuance until January 10, 2006 in order to consult with an immigration attorney, and facilitate a consultation between an immigration attorney and the defendant, on the subject of contesting deportation after defendant's anticipated guilty plea.

     Accordingly, the parties agreed to exclude time from calculation

Order After Hearing

1  under the Speedy Trial Act for the reasons stated above, pursuant to
2  18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
3  counsel, from December 20, 2005, up until and including January 10,
4  2006.
5     Defendant was questioned by the Court, affirmed he understood his
6  rights under the Speedy Trial Act and consented on the record to such
7  an exclusion of time.
8     Good cause appearing therefor,
9     IT IS ORDERED that this matter is continued to January 10, 2006,
10 at 9:30 a.m. for Status Conference.
11    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
12 (iv) and Local Code T4, the period from December 20, 2005, up to and
13 including December January 10, 2006, is excluded from the time
14 computations required by the Speedy Trial Act due to ongoing
15 preparation of counsel.
16 Dated: January 3, 2006

                              /s/ Lawrence K. Karlton
                              HONORABLE LAWRENCE K. KARLTON
                              Chief Judge Emeritus

Order After Hearing                           2