DENNIS WAKS, Bar #142581
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHOLAS FELIX-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-302 LKK |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| NICHOLAS FELIX-SANDOVAL, | ) | Date: January 18, 2005 |
| | ) | Time: 9:30 A.M. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant NICHOLAS FELIX-SANDOVAL as follows:

The Status Conference currently set for January 10, 2006 should be vacated and new status conference date of January 18, 2006 should be set.

///
///
///
///
///

1 | The reason for this continuance is that defense counsel is
2 | conducting further investigation in this case.
3 | The parties further stipulate and agree that time under the Speedy
4 | Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and
5 | Local Rule T-4.
6 | Dated: January 5, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
NICHOLAS FELIX-SANDOVAL

MCGREGOR W. SCOTT
United States Attorney

/s/ Michael Beckwith

Dated:_____   _____
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 9, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, District Court Judge

2