DENNIS WAKS, Bar #142581
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICOLAS FELIX-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NICOLAS FELIX-SANDOVAL,<br>　　　　　Defendants. | CASE NO. CR-S-05-429 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: February 7, 2006<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

　　　This matter came on for Status Conference on January 18, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Matthew Segal appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Nicolas Felix-Sandoval.

　　　The defense requested a continuance until February 7, 2006 in order to consult with an immigration attorney, and facilitate a consultation between an immigration attorney and the defendant, on the subject of contesting deportation after defendant's anticipated guilty plea.

　　　Accordingly, the parties agreed to exclude time from calculation

Order After Hearing

under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from January 18, 2006, up until and including February 7, 2006.

Defendant was questioned by the Court, affirmed he understood his rights under the Speedy Trial Act and consented on the record to such an exclusion of time.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to February 7, 2006, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from January 18, 2006, up to and including February 7, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: January 26, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Order After Hearing                    2