DENNIS WAKS, Bar #142581
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICOLAS FELIX-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLAS FELIX-SANDOVAL,<br><br>    Defendants.<br>_____ | CASE NO. CR-S-05-429 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: February 22, 2006<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

      This matter came on for Status Conference on February 7, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michael Beckwith appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Nicolas Felix-Sandoval.

      Due to an unusual circumstance in defendant's background,  he requested a continuance to conduct further negotiations with the government. A further status conference date of February 22, 2006 is set.

      Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18

Order After Hearing

1  U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
2  counsel, from February 7, 2006, up until and including February 22,
3  2006.
4      Defendant was questioned by the Court, affirmed he understood his
5  rights under the Speedy Trial Act and consented on the record to such
6  an exclusion of time.
7      Good cause appearing therefor,
8      IT IS ORDERED that this matter is continued to February 22, 2006,
9  at 9:30 a.m. for Status Conference.
10     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
11 (iv) and Local Code T4, the period from February 7, 2006, up to and
12 including February 22, 2006, is excluded from the time computations
13 required by the Speedy Trial Act due to ongoing preparation of counsel.
14 Dated: February 10, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Order After Hearing                              2