DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICOLAS FELIX-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-429 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | DATE: March 7, 2006 |
| ) | TIME: 9:30 a.m. |
| NICOLAS FELIX-SANDOVAL, ) | JUDGE: Lawrence K. Karlton |
| Defendants. ) | |
| _____ ) | |

    This matter came on for Status Conference on February 22, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Matthew Segal (for Assistant United States Attorney Michael Beckwith) appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks was present with Defendant Nicolas Felix-Sandoval.

    A plea agreement has been drafted in this case but defense counsel needs additional time to review the plea agreement with the defendant. A further status conference date of March 7, 2006 is set.

    Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18

Order After Hearing

U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from February 22, 2006, up until and including March 7, 2006.

Defendant was questioned by the Court, affirmed he understood his rights under the Speedy Trial Act and consented on the record to such an exclusion of time.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to March 7, 2006, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from February 22, 2006, up to and including March 7, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: March 3, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Order After Hearing                    2